IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 NO.:

TRAVIS LEE SPEARS &
ANNIE LAURA SPEARS                                         01-11458

### ORDER

THIS CAUSE came on for hearing on June 16, 2004, on Trustee's Objection to the proof of claim filed herein by New Albany Emergency Services c/o Healthcare Business Resources; after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, no response has been timely filed herein.

THAT, Trustee's Objection is hereby sustained.

THAT, the claim filed by New Albany Emergency Services c/o Healthcare Business Resources shall be reduced to the amount which has already been received by the creditor and the balance denied.

SO ORDERED this the 25th day of June, 2004.

/s/ David W. Houston, III
DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

_____
TODD S. JOHNS – MSB #9587
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 55829
JACKSON, MS 39296-5829
601/355-6661